No. 01–8329. WOODFORD v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 01–8330. THACKER v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 01–8331. GEFFKEN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–8332. CORTHRON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8334. BELL v. PIERSON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 01–8335. LAKE v. PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–8338. ALLEN v. THOMAS, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–8344. JONES v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 01–8347. HANCOCK v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 01–8348. HAYNES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–8358. HOLM v. WASHINGTON STATE PENITENTIARY ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8361. CARTER v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–8366. ROSS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 01–8367. MOOTS v. FOLSOM, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.